# EXHIBIT 3

COPY

**Invoice Date: 02/19/03**

# IDRT REVISED FINAL INVOICE

# WAL-MART DEVELOPMENT CONTRACT

| | |
|---|---|
| Phase I-Invoice Billing (Exhibits 1, 2, 3) | 18,145.58 |
| Phase II-Invoice Billing (Exhibits 4, 5, 6) | 204,916.49 |
| Expenses, Add-On Work and Miscellaneous (Exhibits 7, 8, 9) | 1,237.50 |
| Grand Total Due | 224,299.57 |
| Less initial payment | 50,000.00 |
| NET TOTAL DUE WITHIN 30 DAYS | $174,299.57 |

# REVISED PHASE I MODULE TABLE[1]

| No. | MODULE Name | Date Scripts Produced[2] | No. of Screens Per Module | INVOICE BILLING Invoice Number | No. of Screens Billed | Amount of billing |
|-----|------|------|------|------|------|------|
| 1 | Associate Safety | 12/19/01 | 43 | 1 | 43 | 11,459.50 |
| 2 | Bloodborn Pathogens | 12/19/01 | 38 | 1 | 38 | 10,127.00 |
| 3 | Customer Service | 12/20/01 | 53 | 1 | 53 | 14,124.50 |
| 4 | Family and Medical Leave (Content/Skills Survey) | 12/20/01 | 57 | 1 | 28 | 7,462.00 |
| | | | | 4 | 28 | 7,462.00 |
| | | | | 14 | 1 | 266.50 |
| 5 | Three Basic Beliefs | 12/20/01 | 32 | 1 | 31 | 8,261.50 |
| | | | | 9 | 1 | 266.50 |
| 6 | Discovery Basic Training | 12/20/01 | 20 | 1 | 20 | 5,330.00 |
| 7 | Inappropriate Behaviors | 12/20/01 | 60 | 1 | 60 | 15,990.00 |
| 8 | Zone Defense | 12/20/01 | 43 | 1 | 43 | 11,459.50 |
| 9 | General Equipment | 12/20/01 | 62 | 1 | 62 | 16,523.00 |
| 10 | Sexual Harassment-Hourly | 12/20/01 | 42 | 1 | 42 | 11,193.00 |
| 11 | Personal Protective Equip | 12/20/01 | 51 | 1 | 49 | 13,058.50 |
| | | | | 8 | 1 | 266.50 |
| | | | | 9 | 1 | 266.50 |
| 12 | Loss Prevention | 12/20/01 | 56 | 2 | 54 | 14,391.00 |
| | | | | 4 | 2 | 533.00 |
| 13 | Customer Safety | 12/20/01 | 60 | 3 | 59 | 15,723.50 |
| | | | | 4 | 1 | 266.50 |
| 14 | Resources for Living | 12/21/01 | 26 | 1 | 26 | 6,929.00 |
| 15 | Check Tendering (Skills Survey/Content) | 1/6/02 | 47 | 2 | 42 | 11,193.00 |
| | | | | 6 | 19 | 5,063.50 |
| 16 | Pharmacy Technician Test 2 | 1/7/02 | 53 | 3 | 53 | 14,124.50 |
| 17 | TLE Lower Bay Proceedings | 1/10/02 | 26 | 1 | 26 | 6,929.00 |
| 18 | Tire Installation | 1/10/02 | 28 | 1 | 26 | 6,929.00 |
| 19 | Tire People Greeter | 1/10/02 | 26 | 1 | 26 | 6,929.00 |
| 20 | Sanitation | 1/11/02 | 66 | 3 | 66 | 17,589.00 |
| 21 | Other Replenishment Methods | 1/11/02 | 76 | 2 | 76 | 20,254.00 |
| 22 | TLE Courtesy Technician Assessment | 1/19/02 | 28 | 2 | 53 | 14,124.50 |
| 23 | Photo Center Maintenance | 1/20/02 | 39 | 2 | 39 | 10,393.50 |
| 24 | Camcorder Assessment | 1/20/02 | 4 | 2 | 4 | 1,066.00 |
| 25 | Sexual Harassment Management | 1/20/02 | 33 | 3 | 33 | 8,794.50 |
| 26 | TLE Upper Bay Assessment | 1/21/02 | 27 | 2 | 27 | 7,195.50 |
| 27 | Profitability | 1/21/02 | 49 | 3 | 49 | 13,058.50 |
| 28 | Walkie Stacker Test | 1/21/02 | 33 | 3 | 33 | 8,794.50 |
| 29 | General Equipment Large Appliances | 1/21/02 | 20 | 3 | 20 | 5,330.00 |
| 30 | Foodborne Illnesses | 1/22/02 | 86 | 4 | 86 | 22,919.00 |
| 31 | Live Plants | 1/23/02 | 40 | 3 | 40 | 10,660.00 |
| 32 | Firearm Procedures 1 | 1/24/02 | 20 | 3 | 20 | 5,330.00 |
| 33 | Photo Opening Procedures | 1/25/02 | 42 | 3 | 42 | 11,193.00 |
| 34 | Powered Lifting Equipment | 1/25/02 | 54 | 3 | 54 | 14,391.00 |
| 35 | Photo Closing Procedures | 1/25/02 | 20 | 3 | 20 | 5,330.00 |
| 36 | Wisconsin Unfair Sales Tax | 1/28/02 | 30 | 3 | 3 | 799.50 |
| 37 | HACCP Overview | 1/29/02 | 22 | 3 | 22 | 5,863.00 |
| 38 | Electrical Safe Work (Skill Survey/Content) | 2/1/02 | 29 | 3 | 17 | 4,530.50 |

| REVISED PHASE I MODULE TABLE[1] | | | | | |
|---|---|---|---|---|---|
| MODULE | | | INVOICE BILLING | | |
| No. | Name | Date Scripts Produced[2] | No. of Screens Per Module | Invoice Number | No. of Screens Billed | Amount of billing |
| | | | | 4 | 12 | 3,198.00 |
| 39 | Courtesy Desk Procedures | 2/3/02 | 37 | 4 | 37 | 9,860.50 |
| 40 | Item Performance | 2/3/02 | 23 | 5 | 23 | 6,129.50 |
| 41 | Earpiercing | 2/4/02 | 41 | 5 | 41 | 10,926.50 |
| 42 | Pharmacy Technician Test 1 | 2/5/02 | 54 | 4 | 54 | 14,391.00 |
| 43 | Apparel Tool Box Test 1 | 2/8/02 | 28 | 4 | 28 | 7,462.00 |
| 44 | Apparel Tool Box Test 2 | 2/8/02 | 28 | 4 | 28 | 7,462.00 |
| 45 | Jewelry Presentation | 2/8/02 | 37 | 4 | 37 | 9,860.50 |
| 46 | Apparel Toolbox Test 3 | 2/8/02 | 28 | 5 | 28 | 7,462.00 |
| 47 | Apparel Toolbox Test 4 | 2/8/02 | 32 | 5 | 32 | 8,528.00 |
| 48 | Leadership Lessons[3] - Batch 1 | 2/8/02 | 32 | 5 | 32 | 8,528.00 |
| 49 | Leadership Lessons - Batch 2 | 2/15/02 | 44 | 5 | 44 | 11,726.00 |



| REVISED PHASE I MODULE TABLE[1] | | | | | | |
|---|---|---|---|---|---|---|
| MODULE | | | | INVOICE BILLING | | |
| No. | Name | Date Scripts Produced[2] | No. of Screens Per Module | Invoice Number | No. of Screens Billed | Amount of billing |
| 86 | Hunting and Fishing License Overview Manual | 3/21/02 | 13 | 10 | 13 | 3,464.50 |
| 87 | Film | 3/21/02 | 73 | 13 | 73 | 19,454.50 |
| 88 | Personal Hygiene | 3/22/02 | 66 | 12 | 66 | 17,589.00 |
| 89 | Conducting An Interview | 3/22/02 | 56 | 12 | 56 | 14,924.00 |
| 90 | Team Building | 3/22/02 | 53 | 12 | 53 | 14,124.50 |
| 91 | Digital Photography | 3/22/02 | 46 | 12 | 46 | 12,259.00 |
| 92 | Labor Relations #6 | 2/15/02 | 30 | | | 7995.00 |
| 93 | Advance Photo System | 3/15/02 | 52 | | | 13,858.00 |

[1]    The concluding date of Phase I is the date the last of the first 90 modules was to be submitted to IDRT for development in accordance with the Master ASL TimeLine (Agreement, ¶25A(1)). According to the ASL TimeLine, the last of the first 90 modules was to be provided IDRT on or before 3/22/02.

[2]    This Table reflects the date the script of a respective module was first produced to IDRT. It does not include the date(s) revised scripts of modules were produced. In accordance with ¶21 of the Agreement, scripts of respective modules were provided to IDRT at or before the date the removable computer media (i.e. module) was provided. While the scripts allowed IDRT to begin development of the module, the operative date of "module production" is the date the removable computer storage media was produced to IDRT. (¶5, ¶7 and ¶21 of Agreement). For purposes of this audit, the differences (if any) between the dates of production of respective scripts and their removable corresponding storage media were not determined.

[3]    Leadership Lessons were provided and developed as three modules or three batches. The screens developed for the scripts comprising each module or batch were aggregated to reflect the screen count listed.

[4]    AVI scripts missing when Module 79 was provided.

| ...ISED MODULE INVOICE BILLING TABLE | | | | Interest[2] | |
|---|---|---|---|---|---|
| er & Identify of ules Billed[1] | Due Date | Date Paid | Amount Paid | Rate | Amount |
| , 5, 6, 7, 8, 9, 10, 11, | 4/7/02 | 4/7/02 | 152,704.50 | | .00 |
| , 22, 23, 23, 24, 26 | 4/7/02 | 6/21/02 | 78,617.50 | 64 @14.95[4] | 956.80 |
| 0, 25, 27, 28, 29, 31, 36, 37, 38 | 4/7/02 | 9/18/02 | 141,511.50 | 132 @ 31.12 | 4,107.84 |
| , 43, 44, 44, 45 (40 ens included and ously billed Modules | 4/7/02 | 4/7/02 | 82,614.50 | | .00 |
| , 47, 48, 49, 50 | 4/7/02 | 4/7/02 | 63,160.50 | | .00 |
| , 54, 55, 59, 60 (19 ded and billed for ed Module 15) | 4/7/02 | 4/7/02 | 98,072.00 | | .00 |
| , 64, 65, 66, 67 | 4/7/02 | 4/7/02 | 97,805.50 | | .00 |
| , 71, 57, 58 (1 iously billed Module nd billed) | 4/7/02 | 4/22/02 | 77,285.00 | 14 @ 16.94 | 237.16 |
| , 74, 75, 76, 77, 79 h in previously billed d 11 included and | 4/7/02 | 4/22/02 | 74,087.00 | 14 @ 16.24 | 227.36 |
| 83, 84, 85, 86 | 4/28/02 | 4/22/02 | 74,620.00 | | .00 |
| , 90, 91 | 5/5/02 | 5/30/02 | 73,021.00 | 24 @ 16.05 | 385.20 |
| | 5/12/02 | 5/30/02 | 19,454.50 | 17 @ 4.26 | 72.42 |
| previously billed | 10/31/02 | 1/3/03 | 5,063.50 | 63 @ 11.10 | 699.30 |
| | | | 1,038,017.00 | | 6,686.08 |

oices. In such cases, the module is identified and counted in the number of modules developed
creen billings for such modules are included in later invoices and summarized in this Table as

See ¶37 of Agreement. Payment date of initial payment is 3/28/02 (¶25D); payment date for
te for other invoices is 30 days after invoice received (¶25F). In calculating interest, date of
terest based on number of days included for interest charges, multiplied by the per diem interest
n 365 days per year.

Page 2 of 3

3)

a) For Module 15, billing was split between Invoices 2 and 6. On Invoice 2, 28 screens are listed as developed and billed. The total charge for the 28 screens included on Invoice 2 for Module 15 is $11,193. At the per-screen price ($266.50), that total reflects 42 screens were developed. A review of module development records confirms 28 screens were developed and were to be billed for Module 15 on Invoice 2. Client paid the incorrect amount billed and is due a credit of $3,731 (14 screens @ per $266.50).

b) For Module 22, Invoice 2 lists 28 screens as billed. The total charge for the 28 screens included on Invoice 2 for Module 22 is $14,124.50. At the per-screen price ($266.50), the total incorrectly reflects 53 screens were developed for billing on Invoice 2. A review of module development records confirms 28 screens were developed and were to be billed for Module 22 on Invoice 2. Client paid the incorrect amount billed and is due a credit of $6,662.50 (25 screens @ $266.50).

4
Interest calculated on $68,224, allowing for credit of $10,393.50. See note 3.

5
The title for Module 32 included in Invoice 3 was incorrectly reported as "Firearms Procedure – 2." The correct title for the module developed and billed on Invoice 3 is "Firearms Procedure – 1." Additionally, 19 screens developed for this module were later billed on 10/1/02 in Invoice 24. See, note 10.

6
a) Module 30, "Foodborne Illness," reported 20 screens developed. The total charge for the 20 screens included on Invoice 4 for Module 30 was $22,919. At the per-screen price ($266.50), that total reflects 86 screens were developed. A review of module development records confirms 86 screens were developed and billed for Module 30 on Invoice 4. The total amount billed for Module 30 correctly reflected 86 screens and the client paid that amount. No adjustment is due.

b) There was no charge for new clip developed for Module 13, "Customer Safety."

c) Included in Invoice 4 was requested extra work for previously billed Modules 18 ($266.50); and 2 clips and missing responses for Module 12 ($53). These charges have been deducted from the Phase I-Module Invoice Billing Table and Summary and included in the Expenses, Add-On Work and Miscellaneous Invoice Billing Table and Summary.

d) The total of this invoice was reported as $83,414. It should have been $83,414.50. An addition error occurred in the "item total" column. No accounting adjustments are made on errors of less than $1; and no interest charges are imposed when client paid the amount billed.

7
Invoice 5 incorrectly identified the 37 screens developed for "Labor Relations" modules as "Labor Relations #6." The correct "Labor Relations" module with 37 screens was "Labor Relations-Hourly Supervisor." "Labor Relations #6" was erroneously omitted from billing on this invoice. See correcting entry on Revised Summary of Phase I Invoice Billing and Module 92 on Revised Phase I Module Table.

8
For Module 70, Invoice 9 lists 53 screens as billed. The total charge for these screens is $13,591.50. At the per-screen price ($266.50), the total charge reflects 51 screens developed and billed in Invoice 9. Review of module development records reflects 51 screens were developed for Module 70. The client was billed and paid for the correct number of screens developed and billed for Module 70 in Invoice 9. No adjustment is due.

9
"Advanced Photo System," a module for which 52 screens were developed was erroneously omitted from Invoice 10. See correcting entry on Revised Summary of Phase I Invoice Billing and Module 93 on Revised Phase I Module Table.

10
Invoice 12 included Modules 92 and 93 which were provided and developed in Phase II. The total invoice amount was $86,879. The above invoice amount reflects the five (5) modules produced and developed for Phase I invoice billing. The billing for Modules 92 and 93 are reflected in the Phase II-Invoice Billing Table and Summary.

11
Invoice 13 included modules which were provided and developed in Phase II. The total invoice amount was $51,701. The above invoice amount reflects billing for Module 73 only, which was produced and developed as part of Phase I. The invoice billing for Phase II modules is reflected in the Phase II-Invoice Billing Table and Summary.

Page 3 of 3

12    Billing for 19 screens developed, but not billed when Module 34 was billed on Invoice 3.

## REVISED SUMMARY OF PHASE I INVOICE BILLING

PHASE I

Invoices  1-10, 12-13, 24

| | | |
|---|---|---|
| Amount billed | 1,038,017.00 | |
| Amount paid | <u>1,038,017.00</u> | |
| | | |
| Balance due on invoice billing: | .00 | |
| Modules provided in Phase I | = 93 | |
| Modules to be provided in Phase 1 | = 90 | |
| Phase I Contract Price | 1,199,250.00 | |
| Paid for Phase I module development | <u>1,038,017.00</u>[1] | |
| Difference due between module invoice<br>  billing and Phase I Contract Price | 161,233.00 | |
| Balance due for Phase I Contract Price | | .00 |
| Interest due on Phase I Invoice Billing | | 6,686.08 |
| Correcting entries for Invoice 2  (see note 3(a) and (b)<br>  on Revised Phase I Module Invoice Billing Table) | | -10,393.50 |
| Correcting entries for Invoice 5 (see note 7 on Revised<br>  Phase I Module Invoice Billing Table) | | .00 |
| Billing for "Labor Relations #6" (see note 7 on Revised<br>  Phase I Module Invoice Billing Table) - 30 screens @ $266.50 | | 7,995.00 |
| Billing for "Advanced Photo Systems" (see note 9 on Revised<br>  Phase I Module Invoice Billing Table) - 52 screens @ $266.50 | | <u>13,858.00</u> |
| TOTAL BALANCE FOR PHASE I | | <u>$18,145.58</u> |

---

[1]    See ¶25F(2) of Agreement.

| REVISED PHASE II MODULE TABLE[1] | | | | | |
|---|---|---|---|---|---|
| MODULE | | | INVOICE BILLING | | |
| No. | Name | Date Module Produced[2] | No. of Screens Per Module | Invoice Number | No. of Screens | Amount of billing |
| 94 | Risk control Management | 3/27/02 | 18 | 12 | 18 | 4,797.00 |
| 95 | People Greeter | 3/27/02 | 34 | 12 | 34 | 9,061.00 |
| 96 | Firearms Procedures: Basic[3] | 3/27/02 | 38 | 13 | 38 | 10,127.00 |
| 97 | Firearms Procedures: AZ | 3/27/02 | 3 | 13 | 3 | 799.50 |
| 98 | Firearms Procedures: CA | 3/27/02 | 11 | 13 | 11 | 2,931.50 |
| 99 | Firearms Procedures: CO | 3/27/02 | 7 | 13 | 7 | 1,865.50 |
| 100 | Firearms Procedures: FL | 3/27/02 | 8 | 13 | 8 | 2,132.00 |
| 101 | Firearms Procedures: GA | 3/27/02 | 6 | 13 | 6 | 1,599.00 |
| 102 | Firearms Procedures: IL | 3/27/02 | 10 | 13 | 10 | 2,665.00 |
| 103 | Firearms Procedures: MA | 3/27/02 | 2 | 13 | 2 | 533.00 |
| 104 | Firearms Procedures: NV | 3/27/02 | 1 | 13 | 1 | 266.50 |
| 105 | Firearms Procedures: OR | 3/27/02 | 3 | 13 | 3 | 799.50 |
| 106 | Firearms Procedures: PA | 3/27/02 | 7 | 13 | 7 | 1,865.50 |
| 107 | Firearms Procedures: TN | 3/27/02 | 6 | 13 | 6 | 1,599.00 |
| 108 | Firearms Procedures: UT | 3/27/02 | 10 | 13 | 10 | 2,665.00 |
| 109 | Firearms Procedures: VA | 3/27/02 | 9 | 13 | 9 | 2,398.50 |
| 110 | Pest Control | 4/12/02 | 55 | 14 | 55 | 14,657.50 |
| 111 | Pricing Overview | 4/12/02 | 33 | 14 | 33 | 8,794.50 |
| 112 | POS Register Report | 4/12/02 | 37 | 14 | 38 | 9,860.50 |
| 113 | Claims Overview #2 | 4/12/02 | 47 | 14 | 47 | 12,525.50 |
| 114 | Paint And Stain | 4/12/02 | 46 | 14 | 46 | 12,259.00 |
| 115 | Power Equipment | 4/19/02 | 41 | 15 | 41 | 10,926.50 |
| 116 | Ballast Removal | 4/19/02 | 17 | 15 | 17 | 4,530.50 |
| 117 | Coaching For Improvement | 4/19/02 | 47 | 15 | 47 | 12,525.50 |
| 118 | Where Do I Go From Here | 4/19/02 | 71 | 15 | 71 | 18,921.50 |
| 119 | I-9 | 4/20/02 | 68 | 15 | 68 | 18,122.00 |
| 120 | Crisis Management | 4/26/02 | 60 | 16 | 60 | 15,990.00 |
| 121 | Customer – Focused Sales | 4/26/02 | 56 | 16 | 56 | 14,924.00 |
| 122 | Resources For Life Management | 4/26/02 | 24 | 16 | 24 | 6,396.00 |
| 123 | Assembly POS Replenishment | 5/10/02 | 68 | 17 | 68 | 18,122.00 |
| 124 | Management Risk Control | 5/10/02 | 46 | 17 | 46 | 12,259.00 |
| 125 | PI POS | 5/10/02 | 30 | 17 | 30 | 7,995.00 |
| 126 | TAPS #1 | 5/14/02 | 41 | 21 | 41 | 6,150.00 |
| 127 | TAPS #2 | 5/14/02 | 68 | 21 | 68 | 10,200.00 |
| 128 | TAPS #3 | 5/14/02 | 65 | 21 | 65 | 9,750.00 |
| 129 | TAPS #4 | 5/14/02 | 108 | 21 | 108 | 16,200.00 |
| 130 | TAPS #5 | 5/14/02 | 60 | 21 | 60 | 9,000.00 |
| 131 | TAPS #6 | 5/14/02 | 89 | 21 | 89 | 13,350.00 |
| 132 | Deli Service And Merchandising | 5/17/02 | 65 | 18 | 65 | 17,322.50 |
| 133 | First In Line #1 | 5/17/02 | 24 | 18 | 24 | 6,396.00 |
| 134 | First In Line #2 | 5/17/02 | 24 | 18 | 24 | 6,396.00 |
| 135 | TAPS #7 | 5/18/02 | 132 | 21 | 132 | 19,800.00 |
| 136 | TAPS #8 | 5/18/02 | 73 | 21 | 73 | 10,950.00 |
| 137 | TAPS #9 | 5/18/02 | 133 | 21 | 133 | 19,950.00 |
| 138 | Food Service #1 | 5/24/02 | 32 | 19 | 32 | 8,528.00 |
| 139 | First In Line #3 | 5/24/02 | 23 | 19 | 23 | 6,129.50 |
| 140 | First In Line #4[4] | 5/24/02 | 24 | 19 | 24 | 6,396.00 |
| 141 | Alcohol Management | 5/24/02 | 35 | 19 | 35 | 9,327.50 |
| 142 | TAPS #10 | 5/24/02 | 109 | 21 | 109 | 29,048.50 |

| MODULE | | | | INVOICE BILLING | | |
|---|---|---|---|---|---|---|
| No. | Name | Date Module Produced[2] | No. of Screens Per Module | Invoice Number | No. of Screens | Amount of billing |
| 143 | TAPS #11 | 5/24/02 | 133 | 21 | 133 | 19,950.00 |
| 144 | Film Developing – Check In-Check Out | 5/24/02 | 38 | 20 | 38 | 10,127.00 |
| 145 | First In Line Final | 5/31/02 | 44 | 20 | 44 | 11,726.00 |

**REVISED PHASE II MODULE TABLE[1]**

---

[1]      The concluding date of Phase II is the date the last of 60 modules in addition to Phase I modules was to be submitted to IDRT for development in accordance with the Master ASL TimeLine (Agreement, ¶25A(1). According to the ASL TimeLine, the last of the 60 additional modules was to be provided IDRT on or before 5/31/02.

[2]      This Table reflects the date the script of a respective module was first produced to IDRT. It does not include the date(s) revised scripts of modules were produced. In accordance with ¶21 of the Agreement, scripts of respective modules were electronically provided to IDRT at or before the date the removable computer media (i.e. module) was provided. While the scripts allowed IDRT to begin development of the module, the operative date of "module production" is the date the removable computer storage media was produced to IDRT. (¶5, ¶7 and ¶21 of Agreement). For purposes of this audit, the differences (if any) between the dates of production of respective scripts and their corresponding removable storage media were not determined.

[3]      Number 96 was developed as part of and in conjunction with Modules 97-109. Its screens were integrated into and common to each of the State Firearm Procedures Modules, Modules 97-109. Number 96 is listed as a "module" only for record keeping purposes. It was not a separate module, but a component of Modules 97-109. The module count in the Summary of Phase II Invoice Billing does not include Number 96 as a separate module; however, its billing and payment is included in the amount listed as "paid for Phase II module development."

[4]      On Invoice 19, Module 140 was incorrectly listed as "First In Line #2."

Page 1 of 2

| | | | | PHASE II – MODULE INVOICE BILLING TABLE | | | | Interest[2] | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice No. | Invoice Date | Screens Billed | Invoice Amount | Number & Identify of Modules Billed[1] | Due Date | Date Paid | Amount Paid | Rate | Amount |
| 12[3] | 4/5/02 | 52 | 13,858.00 | 2 = 92, 93 | 5/15/02 | 5/30/02 | 13,858.00 | 24 @ 3.04 | 72.96 |
| 13[4] | 4/12/02 | 121 | 32,246.50 | 13 = 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107 (94) | 5/12/02 | 5/30/02 | 32,246.50 | 17 @ 7.07 | 120.19 |
| 14[5] | 4/19/02 | 219 | 58,630.00 | 5 = 108, 109, 110, 111, 112 (1 screen in previously billed Module 4 included and billed) | 5/19/02 | 5/30/02 | 58,630.00 | 10 @12.85 | 128.50 |
| 15 | 4/26/02 | 244 | 65,026.00 | 5 = 113, 114, 115, 116, 117 | 5/26/02 | 5/30/02 | 65,026.00 | 3 @ 14.25 | 42.75 |
| 16 | 5/3/02 | 140 | 37,310.00 | 3 = 118, 119, 120 | 6/2/02 | 6/26/02 | 37,310.00 | 23 @ 8.18 | 188.14 |
| 17 | 5/21/02 | 144 | 38,376.00 | 3 = 121, 122, 123 | 6/20/02 | 6/26/02 | 38,376.00 | 5 @ 8.41 | 42.05 |
| 18 | 5/28/02 | 113 | 30,114.50 | 3 = 130, 131, 132 | 6/27/02 | 6/21/02 | 30,114.50 | - | .00 |
| 19 | 5/31/02 | 114 | 30,381.00 | 4 = 136, 137, 138, 139 | 6/30/02 | 1/23/03 | 30,381.00 | 206 @ 6.66 | 1,371.96 |
| 20[6] | 6/07/02 | 82 | 21,853.00 | 2 = 142, 143 | 7/17/02 | 6/21/02 | 21,853.00 | - | .00 |
| 21[7] | 7/29/02 | 1,011 | 151,650.00 | 11 = 124, 125, 126, 127, 128, 129, 133, 134, 135, 140, 141 | 8/28/02 | 9/18/02 | 151,650.00 | 20 @ 33.24 | 664.80 |
| 25[8] | 12/1/02 | 1,011 | 117,781.50 | Balance of charges for 1,011 screens included in Invoice 21 at 116.50 per screen | 12/31/02 | 1/3/03 | 117,781.50 | 2 @ 25.82 | 51.64 |
| Total | | 3,251 | 597,226.50 | | | | 597,226.50 | | 2,682.99 |

[1]    Billing for some modules were split between invoices. In such cases, the module is identified and counted in the number of modules developed and billed on the invoice in which it is first billed. Additional screen billings for such modules are included in later invoices and summarized in this Table as parenthetical notes.

[2]    Interest @ 8% payable from date payment due. See ¶37 of Agreement. Payment date of initial payment is 3/28/02 (¶25D); payment date for invoices submitted before 3/28/02 is 4/7/02 (¶25E); payment date for other invoices is 30 days after invoice received (¶25F). In calculating interest, date of invoice and date payment due are not included. Calculation of interest based on number of days included for interest charges, multiplied by the per diem interest amount on unpaid balance. Per diem interest amount calculated on 365 days per year.

[3]    Invoice 12 included modules 81, 88, 89, 90, 91 which were provided in Phase I. The total invoice amount was $86,879.00. The above invoice amount reflects modules produced in Phase II. Billing for modules 81, 88, 89, 90, 91 are reflected in Phase I Invoice Billing Table and Summary.

a) Invoice 13 included billing for module 73, produced in Phase I and included in Phase I-Invoice Billing Table and Summary. The above invoice amount reflects modules provided in Phase II only.

b) Invoice 13 included "Firearms Procedures-Basic" which was identified only for record keeping purposes as Number 94. The 38 screens developed for "Firearms Procedures-Basic" were integrated in and common, to development of the "Firearm Procedures" modules for the respective states, Modules 96-107. Number 94 is not included in the count for modules developed for Phase II.

Page 2 of 2

5    In Invoice 14, 38 screens were listed as developed and billed for Module 110. The total charge for Module 110 in Invoice 14 was $9,860.50. At the per-screen price ($266.50), 37 screens were billed to and paid by client. Review of module development records confirms 37 screens were developed for Module 110. No adjustment is due.

6    Invoice 20 included billing for the requested development of a new opening screen for previously developed Module 18. That invoice billing is included in Add-On Work, Expenses and Miscellaneous Invoice Billing Table and Summary.

7    On Invoice 21, a total of 1,011 screens for modules 124-129, 133-135 and 140-141 (TAPS 1 through 11) were included for partial billing at $150 per screen. Also included on Invoice 21 were expenses and billing for add-on work; i.e. billing at $100 per clip for 5 new "clips" for previously developed and billed modules and partial billing at $150 per screen for 401 screens developed for add-on modules (i.e. produced after Phase II), TAPS 12 through 15. The billing for expenses and add-on work are not included in Phase II-Invoice Billing Table; they are included in Add-On, Expenses and Miscellaneous-Invoice Billing Table and Summary.

8    On Invoice 25, $116.50 a screen was billed for 1,011 screens for modules entitled TAPS 1 through 11 (Modules 124-129; 133-135; 140-141). This $116.50 amount is the difference in the per-screen billing price of $266.50 and the $150 partial billing per screen for the same 1,011 screens included in Invoice 21.

## SUMMARY OF PHASE II INVOICE BILLING

PHASE II

     Invoice 12-21, 25

     Amount billed                    597,266.50

     Amount paid                     597,266.50

     Balance due on invoice billing:                                     .00

     Modules provided in Phase II     = 51

     Modules to be provided in Phase II     = 60

     Phase II Contract Price               799,500.00

     Paid for Phase II
        module development          597,266.50[1]

     Balance due for Contract Price Billing                  202,233.50

     Interest due on Phase II Invoice Billing                    2.682.99

TOTAL BALANCE FOR PHASE II                          $204,916.49

---

[1]     See ¶25F(2) of Agreement.

| REVISED ADD-ON MODULE TABLE | | | | | | |
|---|---|---|---|---|---|---|
| MODULE | | | | INVOICE BILLING | | |
| No. | Name | Date Script Produced[1] | No. of Screens Per Module | Invoice Number | No. of Screens | Amount of billing |
| 146 | TAPS #12 | 6/1/02 | 126 | 21[2] 25[3] | 126 126 | 18,900.00 14,679.00 |
| 147 | TAPS #13 | 6/1/02 | 71 | 21 25 | 71 71 | 10,650.00 8,271.50 |
| 148 | TAPS #14 | 6/1/02 | 78 | 21 25 | 78 78 | 11,700.00 9,087.00 |
| 149 | TAPS #15 | 6/1/02 | 126 | 21 25 | 126 126 | 18,900.00 14,679.00 |

[1]    Date scripts received by IDRT.  See Note 1 on Revised Phase I Module Table.

[2]    Invoice 21 reflects partial billing at $150 per screen.

[3]    Invoice 25 reflects partial billing at $116.50 per screen.

Page 1 of 2

## EXPENSES, ADD-ON WORK AND MISCELLANEOUS INVOICE BILLING TABLE

| Invoice No. | Invoice Date | Invoice Amount | Expenses/Work Included | Due Date | Date Paid | Amount Paid | Interest Rate | Interest Amount |
|---|---|---|---|---|---|---|---|---|
| 4 | 2/15/02 | 799.50 | Extras for Module 18 and new clips and missing responses for Module 12 | 4/7/02 | 4/7/02 | 799.50 | | .00 |
| 11 | 4/4/02 | 1,157.92 | Expenses 12/1-3/02 | 5/4/02 | 7/30/02 | 1,157.92 | 86 @ .25 | 43.00 |
| 14 | 4/19/02 | 266.50 | Super Interpreter-Special screen integrated on various modules | 5/19/02 | 5/30/02 | 266.50 | 10 @ .06 | .60 |
| 20 | 6/7/02 | 266.50 | New opening screen, as requested for previously developed and billed Module 18 | 7/7/02 | 6/21/02 | 266.50 | | .00 |
| 21 | 7/29/02 | 243.43 | Expenses 4/02-6/02 | 8/28/02 | 9/18/02 | 243.43 | 20 @ .05 | 1.00 |
| | | 500.00 | New clips (5) at $100 per clip | 8/28/02 | 9/18/02 | 500.00 | 20 @ .11 | 2.20 |
| | | 60,150.00 | Partial billing at $150 per screen for 401 screens on additional modules TAPS 12-15 | 8/28/02 | 9/18/02 | 60,150.00 | 20 @13.18 | 263.60 |
| 22 | 7/29/02 | 20,000.00 | Unpaid initial payment | 3/28/02 | 9/18/02 | 20,000.00 | 143 @ 4.38 | 626.34 |
| 23 | 9/3/02 | 264.50 | Cleaner 5 (HALF) | 10/3/02 | 9/18/02 | 264.50 | | .00 |
| | | 3,459.26 | Capture & Compression of 9 modules and setup | 10/3/02 | 9/18/02 | 3,459.26 | | .00 |
| 24[2] | 10/1/02 | 3,464.50 | Additional billing for 13 new screens received after 5/31/02 to develop for Module 34 (billed at 266.50/screen) | 10/3/102 | 1/3/03 | 3,464.50 | 63 @ .76 | 47.88 |
| | | 1,600.00 | 17 new clips developed at $100 per clip for previously developed and billed modules | 10/31/02 | 1/3/03 | 1,600.00 | 63 @ .35 | 22.05 |
| | | 392.34 | Expenses for FedEx deliveries | 10/31/02 | 1/3/03 | 392.34 | 63 @ .091 | 5.67 |
| 25 | 12/01/02 | 46,716.50 | Balance of billing at 116.50/screen for 401 screens on additional modules, TAPS 12-15 | 12/31/02 | 1/3/03 | 46,716.50 | 2 @ 10.24 | 20.48 |
| | | 4,600.00 | New clips (46) at $100 per clip for modules previously developed and billed | 12/31/02 | 1/3/03 | 4,600.00 | 2 @ 1.01 | 2.02 |
| | | 6,057.87 | Capture and Compression of Leadership Lesson (special hourly billing rate) | 12/31/02 | 1/3/03 | 6,057.87 | 2 @ 1.33 | 2.66 |
| Total | | 149,938.82 | | | | 149,938.82 | | 1,037.50 |

Page 2 of 2

1    Interest @ 8% payable from date payment due. See ¶37 of Agreement. Payment date of initial payment is 3/28/02 (¶25D); payment date for invoices submitted before 3/28/02 is 4/7/02 (¶25E); payment date for other invoices is 30 days after invoice received (25F). In calculating interest, date of invoice and date payment due are not included. Calculation of interest based on number of days included for interest charges, multiplied by the per diem interest amount on unpaid balance. Per diem interest amount calculated on 365 days per year.

2    For Invoice 24, 2 clips for the Personal Hygiene Module (Module 88) at $100 a clip, were incorrectly totaled as $100. Additionally, the grand total of individual item totals included in Invoice 24 was $100 less than the total of the individual items (a math error). A $200 adjustment will be made on the Summary.

## SUMMARY OF EXPENSES, ADD-ON WORK AND
## MISCELLANEOUS INVOICE BILLING

Invoices 4, 11, 14, 20-25

| | | |
|---|---|---|
| Amount billed | 149,938.82 | |
| Amount paid | 149,938.82 | |
| Balance due on invoice billing: | | .00 |
| Correcting balance due on Invoice 24 | | 200.00 |
| Interest due on Phase II Invoice Billing | | 1,037.50 |
| TOTAL BALANCE FOR EXPENSES, ADD-ON WORK AND MISCELLANEOUS | | $1,237.50 |

**EXHIBIT 4**

LAW OFFICES
OF
# HARVEY GREENBERG

THE SUSQUEHANNA BUILDING
29 WEST SUSQUEHANNA AVE. SUITE 700
BALTIMORE MD 21204
TEL 410.823.2277 FAX: 410.823.0810



February 19, 2003

Wal-Mart Stores, Inc.
2001 Southeast 10th Street
Bentonville, AR 72716-0550
Attn:  Scott Winn

**VIA CERTIFIED MAIL –**
**RETURN RECEIPT REQUESTED**

                                      RE:     IDRT/Wal-Mart Development Agreement

Dear Mr. Winn:

       Thank you for your facsimile message of 1/29/03 and a partial spreadsheet you were good enough to provide.  I have carefully reviewed that information, along with additional information from IDRT.  As well, I will respond to the representation that Wal-Mart produced 150 modules for development under the Development Agreement.

### Additional Modules

       On 11/14/01-11/15/01, representatives of IDRT and Wal-Mart attended a conference in Arizona with representatives of the United States Equal Employment Opportunity Commission (EEOC) and Wal-Mart.  That conference was arranged, in part, in an effort to resolve a complaint against Wal-Mart for failing to comply with the American With Disabilities Act (ADA), specifically, with reference to the hearing impaired employees of Wal-Mart (i.e. deaf employees).  At the conference, Wal-Mart was to demonstrate its plan for compliance in the training of its deaf employees.  Prior to the conference, on a time and material basis, Wal-Mart requested IDRT to develop one of Wal-Mart's computer-based training modules in such a way that it would be accessible to deaf employees.  The module developed for this demonstration was "Hazardous Communications" and that module was demonstrated at the EEOC conference. Wal-Mart directed IDRT to submit its bill for this demonstration project to Cognitive Arts, a Wal-Mart subcontractor, to whom IDRT provided its work product.  Accordingly, Invoice No. 110801 for $6,000 was submitted to Cognitive

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wal Mart Stores of
attn: Scott Wall
2001 Southeast 10 st
Bentonville, AR
72716-0570

2. Article Number
(Transfer from service label)

7001 0320 0003 8504 6920

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT OF DELAWARE

Institute for Disabilities Research                         *
and Training, Inc., A Maryland Corporation

                                                            *

     Plaintiff

                                                            *

     v.                                   Civil Action No. _____

                                                            *

Wal-Mart Store, Inc., a Delaware Corporation

                                                            *

     Defendant
*     *     *     *     *     *     *     *     *     *     *     *     *     *

### INTEREST WORKSHEET

Principal owed                                          $174,299.57

Interest from 3/27/03 through 3/10/05 ($27,275.77), calculated as follows:

     Rate of interest per Contract – 8% per annum

     Per diem rate of interest - $38.20

     Date interest begins to accrue per Contract:
          Thirty (30) days after receipt of Final Invoice

     Date of receipt of Final Invoice:
          2/24/03 - per certified mail/return receipt
          (copy attached)

     Date interest begins to Accrue:  3/27/03

     Number of days to 3/10/05:    714 days = 1 year/349 days

     From 3/27/03 – 3/26/04 =  1 year @ 8% per annum  =            13,943.97

     From 3/27/04 – 3/10/05 = 349 days @ 38.20 per diem =          13,331.80

Total Due                                                   $201,575.34