## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., a Maryland Corporation ) ) ) ) | |
| Plaintiff, ) ) | C.A. No. _____ |
| v. ) ) | |
| WAL-MART STORE, INC., a Delaware Corporation, ) ) ) | |
| Defendant. ) | |

## STATEMENT OF DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST

The Institute for Disabilities Research and Training, Inc., Plaintiff, by and through its attorneys, states as follows:

1. The Institute for Disabilities Research and Training, Inc. ("IDRT") is a Maryland corporation. There is no parent corporation or affiliate corporate party to IDRT.

2. IDRT further certifies that there is no non-party corporation, unincorporated association, partnership or other business entity not known to IDRT that has a financial interest in the outcome of the litigation.

3. IDRT further certifies that there is no publicly held corporation that owns any of the stock interest in IDRT.

2

          MORRIS, NICHOLS, ARSHT & TUNNELL

          */s/ Patricia R. Uhlenbrock*
          Jack B. Blumenfeld (#1014)
          Patricia R. Uhlenbrock (#4011)
          1201 North Market Street
          P.O. Box 1347
          Wilmington, DE 19899-1347
          (302) 658-9200
          jblumenfeld@mnat.com
          puhlenbrock@mnat.com
            Attorneys for Plaintiff

OF COUNSEL:

Harvey Greenberg, Esquire
29 W. Susquehanna Avenue - Suite 700
Towson, MD 21204
(410) 823-2277

March 22, 2005