IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH<br>AND TRAINING, INC.,<br>a Maryland Corporation<br><br>    Plaintiff,<br><br> v.<br><br>WAL-MART STORE, INC.,<br>a Delaware Corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-176<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Harvey Greenberg, Esquire, 29 West Susquehanna Avenue, Suite 700, Towson, Maryland 21204 to represent plaintiff in this matter.

               MORRIS, NICHOLS, ARSHT & TUNNELL

               /s/ Patricia R. Uhlenbrock
               Jack B. Blumenfeld (#1014)
               Patricia R. Uhlenbrock (#4011)
               1201 N. Market Street
               P.O. Box 1347
               Wilmington, DE 19899
               (302) 658-9200
               jblumenfeld@mnat.com
               puhlenbrock@mnat.com
Dated: March 23, 2005         Attorneys for Plaintiff

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

               _____
               United States District Judge

## IN THE UNITED STATES DISTRICT COURT OF DELAWARE

| | |
|---|---|
| Institute for Disabilities Research<br>and Training, Inc., A Maryland Corporation<br><br>    Plaintiff<br><br>v.<br><br>Wal-Mart Store, Inc., a Delaware Corporation<br><br>    Defendant | *<br>*<br>*<br>*<br>*    Civil Action No. 05-176<br>*<br>*<br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATION BY COUNSEL TO BE
### ADMITTED *Pro Hac Vice*

1. Pursuant to Local Rule 83.5, I, Harvey Greenberg, certify that I am a member in good standing of the bar in the State of Maryland, and the bar of the United States District Court for the District of Maryland, and request admission, *pro hac vice*, before the United States District Court for the District of Delaware to represent the Institute of Disabilities Research and Training, Inc., the plaintiff in the above-referenced action.

2. Pursuant to Local Rule 83.6, I hereby submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.

3. I further certify that I am generally familiar with this Court's Local Rules.

My address is:

    29 W. Susquehanna Avenue - Suite 700
    Towson, MD 21204
    E-mail address is Harvey19@earthlink.net
    Telephone number is 410 823-2277

Date: 3/5/25

Respectfully submitted,

_____
Harvey Greenberg, Esquire, *pro hac vice*
Law Offices of Harvey Greenberg
29 W. Susquehanna Avenue – Suite 700
Towson, MD 21204
(410) 823-2277