IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER
### EXTENDING TIME FOR RESPONDING TO COMPLAINT

**IT IS HEREBY STIPULATED,** by and between Plaintiff Institute for Disabilities Research and Training, Inc. ("IDRT") and Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), and subject to the approval of the Court, that the date by which Wal-Mart must file and serve an Answer or otherwise respond to IDRT's Complaint shall be extended for twenty (20) days, from April 12, 2005 to May 2, 2005.

MORRIS, NICHOLS, ARSHT & TUNNELL

By_____
Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
puhlenbrock@mnat.com

*Attorneys for Plaintiff Institute for Disabilities Research and Training, Inc.*

POTTER ANDERSON & CORROON LLP

By _____
Robert K. Payson (#274)
Gregory A. Inskip (#270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rpayson@potteranderson.com
ginskip@potteranderson.com

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: April __8__, 2005
677186 / 29009

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

2