## CERTIFICATE OF SERVICE

I, Gregory A. Inskip, hereby certify that on this 2nd day of May 2005 a copy of Defendant Wal-Mart Stores, Inc.'s Answer was served by eFile upon the following counsel of record:

    Jack B. Blumenfeld (#1014)
    Patricia R. Uhlenbrock (#4011)
    Morris Nichols Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, Delaware  19899

                                            */s/ Gregory A. Inskip*
                                            Gregory A. Inskip (#270)

pac:677951 / 29009