IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., </br></br>          Plaintiff, </br></br>     v. </br></br> WAL-MART STORES, INC., </br></br>          Defendant. | ) ) ) ) ) ) ) Case No. 05-176-GMS ) ) ) ) ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two copies of defendant Wal-Mart Stores, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) were served by hand delivery upon the following counsel of record:

Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By_____
Robert K. Payson (#274)
Gregory A. Inskip (#270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rpayson@potteranderson.com
ginskip@potteranderson.com

Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: July 22, 2005
691745 / 29009