IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., a Maryland Corporation <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORE, INC., a Delaware Corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 05-176 |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of Plaintiff Institute for Disabilities Research and Training, Inc.'s Rule 26(a) Initial Disclosures were served on August 2, 2005 upon the following counsel of record in the manner indicated:

**BY HAND**

Robert K. Payson, Esquire
Gregory A. Inskip, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899

                              MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Patricia R. Uhlenbrock*
_____
Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
puhlenbrock@mnat.com
   Attorneys for Plaintiff

OF COUNSEL:

Harvey Greenberg, Esquire
29 W. Susquehanna Avenue - Suite 700
Towson, MD  21204
(410) 823-2277


August 2, 2005