# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Patricia R. Uhlenbrock
302 575 7232
302 498 6207 Fax
puhlenbrock@mnat.com

August 3, 2005

**VIA E-FILING**

The Honorable Gregory M. Sleet
United States District Court
   District of Delaware
844 North King Street
Wilmington, Delaware 19801

    Re:   *Institute for Disabilities Research and Training, Inc. v. Wal-Mart Stores, Inc.*, Case No. 05-176-GMS

Dear Judge Sleet:

    As discussed at the scheduling conference on July 27, enclosed for the Court's consideration is a proposed form of scheduling order to which the parties have agreed that includes the dates set by the Court and the parties' related agreed-upon dates. Counsel for the parties are available if the Court has any concerns or questions it wishes to discuss with us.

                        Respectfully,

                        Patricia R. Uhlenbrock (Del. Bar No. 4011)

cc:    Dr. Peter T. Dalleo, Clerk
        Gregory A. Inskip, Esq.
        Harvey Greenburg, Esq.