## CERTIFICATE OF SERVICE

I, Gregory A. Inskip, hereby certify that on this 10th day of August 2005 a copy of Defendant Wal-Mart Stores, Inc.'s Amended Answer and Counterclaim was served by eFile upon the following counsel of record:

>Jack B. Blumenfeld (#1014)
>Patricia R. Uhlenbrock (#4011)
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899

_____
Gregory A. Inskip (#270)

pac:692507 / 29009