IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two copies of defendant Wal-Mart Stores, Inc.'s First Set of Interrogatories and First Request for Production of Documents were served by hand delivery upon the following counsel of record:

Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

POTTER ANDERSON & CORROON LLP

By_____
Robert K. Payson (#274)
Gregory A. Inskip (#270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
rpayson@potteranderson.com
ginskip@potteranderson.com

Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: August 22, 2005
695842 / 29009