## CERTIFICATE OF SERVICE

I, Gregory A. Inskip, hereby certify that on this 22nd day of August 2005 a copy of the Notice of Service was served electronically upon the following counsel of record:

Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

_____
Gregory A. Inskip

pac:695842 / 29009