## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 22, 2005 I electronically filed COUNTER-DEFENDANT'S REPLY TO COUNTERCLAIM with the Clerk of the Court using CM/ECF which will send notification of such filing to the following

### BY E-FILING

Robert K. Payson, Esquire
Gregory A. Inskip, Esquire
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899


/s/ Patricia R. Uhlenbrock
Jack B. Blumenfeld (#1014)
Patricia R. Uhlenbrock (#4011)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
puhlenbrock@mnat.com