IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 05-176-GMS |
| WAL-MART STORES, INC. | * * | |
| Defendant | * * | |

* * * * * * * * * * * * * *

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 5th day of October, 2005, copies of **PLAINTIFF'S RESPONSE TO DEFENDANT'S FIRST SET OF DOCUMENT REQUESTS** were served on counsel as indicated:

**By Email and By First Class Mail**

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

Dated: October 6, 2005

                     /s/ *Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
puhlenbrock@morrisjames.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I served Plaintiff's Responses to Defendant's First Set of Document Requests by email and by hand to the following:

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

/s/ Patricia A. Uhlenbrock
Patricia R. Uhlenbrock (No. 4011)
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
puhlenbrock@morrisjames.com

1295148/1