IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC.<br><br>Plaintiff<br><br>v.<br><br>WAL-MART STORES, INC.<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*    Case No. 05-176-GMS<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 5th day of October, 2005, copies of **PLAINTIFF'S ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES** were served on counsel as indicated:

**By Email and By First Class Mail**

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

Dated: October 6, 2005

                                                      /s/ Patricia R. Uhlenbrock
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
puhlenbrock@morrisjames.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

　　　　　　　　　　　　　　　　　　/s/ Patricia R. Uhlenbrock
　　　　　　　　　　　　　　　　　Patricia R. Uhlenbrock (#4011)
　　　　　　　　　　　　　　　　　MORRIS, JAMES, HITCHENS & WILLIAMS LLP
　　　　　　　　　　　　　　　　　222 Delaware Avenue, 10th Floor
　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　(302) 888-6800
　　　　　　　　　　　　　　　　　**puhlenbrock@morrisjames.com**

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

PRU/099999-8888/1295483/1