**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * | |
| | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Case No. 05-176-GMS |
| | * | |
| WAL-MART STORES, INC. | * | |
| | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on the 26th day of October, 2005, copies of **IDRT's**

**FIRST REQUEST FOR ADMISSIONS** were served on counsel as indicated:

**By Hand**

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

*/s/ Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
puhlenbrock@morrisjames.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2005, I electronically filed the

foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF

which will send notification of such filing to the following:

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951


_____/s/ Patricia R. Uhlenbrock_____
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**puhlenbrock@morrisjames.com**

Attorneys for Plaintiff

PRU/110402-0001/1303088/1