IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 05-176-GMS |
| WAL-MART STORES, INC. | * * | |
| Defendant | * * | |

* * * * * * * * * * * * * *

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 26th day of October, 2005, copies of **Plaintiff's Verification of Responses to Defendant's First Set of Interrogatories** were served on counsel as indicated:

**By Hand**

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                                             /s/ Patricia R. Uhlenbrock
                                                        Patricia R. Uhlenbrock (#4011)
                                                        MORRIS, JAMES, HITCHENS & WILLIAMS LLP
                                                        222 Delaware Avenue, 10th Floor
                                                        Wilmington, Delaware 19801
                                                        (302) 888-6800
                                                        puhlenbrock@morrisjames.com
                                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951


　　　　　　　　　　*/s/ Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**puhlenbrock@morrisjames.com**

Attorneys for Plaintiff

PRU/110402-0001/1303097/1