IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 05-176-GMS ) ) ) ) ) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two copies of defendant Wal-Mart Stores, Inc.'s Second Set of Interrogatories and Second Request for Production of Documents were served by hand delivery upon the following counsel of record:

Patricia R. Uhlenbrock (#4011)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

POTTER ANDERSON & CORROON LLP

By_____
Robert K. Payson (#274)
Gregory A. Inskip (#270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899
(302) 984-6000
rpayson@potteranderson.com
ginskip@potteranderson.com

Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: October 28, 2005
705063 / 29009