IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Gregory A. Inskip, hereby certify that, on October 28, 2005, the Notice of Service was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Patricia R. Uhlenbrock (#4011)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

_____
Gregory A. Inskip (ID No. 270)
John E. James (ID No. 996)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
ginskip@potteranderson.com
jjames@potteranderson.com

pac:705063 / 29009