IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 05-176-GMS |
| WAL-MART STORES, INC. | * * | |
| Defendant | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 28th day of October, 2005, copies of IDRT'S SUPPLEMENTAL ANSWERS TO WAL-MART'S FIRST SET OF INTERROGATORIES were served on counsel as indicated:

**By Hand**

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951

                                                       */s/ Patricia R. Uhlenbrock*
                                                   Patricia R. Uhlenbrock (#4011)
                                                   MORRIS, JAMES, HITCHENS &
                                                   WILLIAMS LLP
                                                   222 Delaware Avenue, 10th Floor
                                                   Wilmington, Delaware 19801
                                                   (302) 888-6800
                                                   puhlenbrock@morrisjames.com
                                                   Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951

                                                       */s/ Patricia R. Uhlenbrock*
                                        Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
**puhlenbrock@morrisjames.com**

Attorneys for Plaintiff

PRU/110402-0001/1303737/1