## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITES RESEARCH AND TRAINING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAL-MART STORES, INC., )<br>)<br>Defendant. ) | Case No. 05-176-GMS |

### STIPULATION FOR EXTENSION OF TIME

**IT IS STIPULATED AND AGREED**, by and between the parties hereto through their respective counsel, and subject to the approval of the Court, that the time within which (i) defendant shall serve its responses to plaintiff's First Set of Interrogatories, First Set of Document Requests, and First Set of Requests for Admission and (ii) plaintiff shall serve its responses to defendant's Second Set of Interrogatories and Second Set of Document Requests will be, and upon approval by the Court is, extended to and including December 9, 2005.

| | |
|---|---|
| MORRIS, JAMES, HITCHENS & WILLIAMS LLP | POTTER ANDERSON & CORROON LLP |
| By  /s/ Patricia R. Uhlenbrock<br>Patricia R. Uhlenbrock (ID No. 4011)<br>222 Delaware Avenue, 10th Floor<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br>(302) 888-6897 | By  /s/ Gregory A. Inskip<br>Robert K. Payson (ID No. 274)<br>Gregory A. Inskip (ID No. 270)<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, Delaware 19899<br>(302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: November _____, 2005
708446 / 29009

**SO ORDERED** this _____ day of November, 2005.

_____
United States District Court Judge