

**Gregory A. Inskip**
Partner
Attorney at Law
ginskip@potteranderson.com
302 984-6016  Direct Phone
302 778-6016  Fax

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

November 22, 2005

**BY eFILE**

The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Lock Box 19
Wilmington, DE  19801

      Re:    IDRT v. Wal-Mart
              Case No. 05-176-GMS

Dear Judge Sleet:

      I enclose a courtesy copy of a Stipulation and Order extending the time for the parties to respond to outstanding paper discovery requests until Friday, December 9, 2005.

      This extension will not affect any date in the case schedule.  The two-week extension for defendant's responses is the first that defendant has sought in the case.

      Respectfully,

      /s/ Gregory A. Inskip

      Gregory A. Inskip
      (ID No. 270)

GAI:ksk:708464

Enclosure

cc:  Patricia R. Uhlenbrock, Esq. (w/encl.)