# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF DEPOSITION

TO:   Patricia R. Uhlenbrock, Esquire
      Morris, James, Hitchens & Williams LLP
      222 Delaware Avenue, 10th Floor
      P.O. Box 2306
      Wilmington, Delaware  19899-2306

**PLEASE TAKE NOTICE** that, pursuant to Rule 30, Fed. R. Civ. P., the undersigned attorney will take the deposition upon oral examination of Corinne K. Vinopol, and plaintiff by Ms. Vinopol, at 10:00 a.m. on Wednesday, November 30, 2005, at the offices of Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 North Market Street, Wilmington, Delaware  19801.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

By _____

Robert K. Payson (#274)
Gregory A. Inskip (#270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
rpayson@potteranderson.com
ginskip@potteranderson.com

Attorneys for Defendant Wal-Mart Stores, Inc.

Dated:  November 28, 2005
708467 / 29009

cc:  Wilcox & Fetzer Ltd. (by fax)

2