**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INSTITUTE FOR DISABILITIES<br>RESEARCH AND TRAINING, INC. | * |
| | * |
| Plaintiff | * |
| | * |
| v. | Case No. 05-176-GMS |
| | * |
| WAL-MART STORES, INC. | * |
| | * |
| Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF DEPOSITION**

TO:     Gregory A. Inskip, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware  19899

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, the

undersigned attorney will take the deposition upon oral examination by stenographic

means of Brian Polan on March 3, 2006 at the offices of Morris, James, Hitchens &

Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, or on

other such date or dates or at other such place agreed upon by counsel for the parties.

The deposition will continue from day to day, if necessary, during normal working hours,

until completed.  You are invited to attend and cross-examine.

　　　　　　　　　　　　　　　　*/s/ Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
MORRIS, JAMES, HITCHENS &
WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
puhlenbrock@morrisjames.com
Attorneys for Plaintiff

OF COUNSEL:

Harvey Greenberg, Esquire
29 W. Susquehanna Avenue – Suite 700
Towson, MD  21204
(410) 823-2277

Dated:    November 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2005, I electronically

filed the foregoing document, **NOTICE OF DEPOSITION**, with the Clerk of the Court

using CM/ECF which will send notification of such filing to the following:

> Gregory A. Inskip, Esquire
> Potter Anderson & Corroon LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899-0951


                    */s/ Patricia R. Uhlenbrock*
                    Patricia R. Uhlenbrock (#4011)
                    MORRIS, JAMES, HITCHENS & WILLIAMS
                    LLP
                    222 Delaware Avenue, 10th Floor
                    Wilmington, Delaware 19801
                    (302) 888-6800
                    **puhlenbrock@morrisjames.com**

                    Attorneys for Plaintiff

1314228/1