IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case No. 05-176-GMS |
| ) | |
| WAL-MART STORES, INC., ) ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two copies of defendant Wal-Mart Stores, Inc.'s Responses to (1) IDRT's First Set of Interrogatories, (2) IDRT's First Request for Production of Documents, and (3) IDRT's First Request for Admissions were served by hand delivery upon the following counsel of record:

    Patricia R. Uhlenbrock (#4011)
    Morris James Hitchens & Williams LLP
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899

    POTTER ANDERSON & CORROON LLP

    By_____
    Robert K. Payson (ID No. 274)
    Gregory A. Inskip (ID No. 270)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    rpayson@potteranderson.com
    ginskip@potteranderson.com

    Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: December 8, 2005
710291 / 29009