# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 05-176-GMS ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that two copies of Brian Poland's Verification to Wal-Mart Stores, Inc.'s Responses to IDRT's First Set of Interrogatories were served by hand delivery upon the following counsel of record:

    Patricia R. Uhlenbrock (#4011)
    Morris James Hitchens & Williams LLP
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899

    POTTER ANDERSON & CORROON LLP

    By    /s/ Gregory A. Inskip
        Robert K. Payson (ID No. 274)
        Gregory A. Inskip (ID No. 270)
        Hercules Plaza, 6th Floor
        1313 North Market Street
        P.O. Box 951
        Wilmington, Delaware 19899
        (302) 984-6000
        rpayson@potteranderson.com
        ginskip@potteranderson.com

    Attorneys for Defendant Wal-Mart Stores, Inc.

Dated: January 17, 2006
715482 / 29009