# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Patricia R. Uhlenbrock
(302) 888-6897
puhlenbrock@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 10, 2006

BY E-FILING

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:     Institute for Disabilities Research and Training, Inc. v. Wal-Mart Stores, Inc.,
C.A. No. 05-176-GMS

Dear Judge Sleet:

Enclosed is a courtesy copy of a stipulation and proposed order that the parties filed today seeking to extend the time in which they have to file their proposed pre-trial order. The parties had hoped that the mediation before Magistrate Judge Thynge on March 3 would resolve their claims. Unfortunately, the mediation was unsuccessful, and the parties need some additional time to confer as to an agreed upon form of proposed pretrial order. The parties agree to a one week extension of the pretrial order due date until and including March 20, 2006. The parties trust that this date as extended remains sufficiently in advance of the April 3, 2006 pretrial conference. We therefore respectfully request that Your Honor enter the enclosed Stipulation and Order. Counsel, of course, are available to answer any questions Your Honor may have.

Sincerely,

Patricia R. Uhlenbrock (#4011)

cc:     Clerk of the Court (by e-filing)
Gregory A. Inskip, Esquire (by e-filing)

1363845/1