IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * | |
| | * | |
| Plaintiff | * | |
| v. | * | Case No. 05-176-GMS |
| | * | |
| WAL-MART STORES, INC. | * | |
| | * | |
| Defendant | | |

* * * * * * * * * * * *

**STIPULATION FOR EXTENSION OF TIME**

IT IS STIPULATED AND AGREED, by and between the parties hereto through their respective counsel, and subject to the approval of the Court, that the time within which the parties have to submit the proposed pre-trial order will be, and upon approval by the Court is, extended to and including March 20, 2006

.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Patricia R. Uhlenbrock
Patricia R. Uhlenbrock (Bar ID #4011)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19899-2306
(302) 888-6897
Attorneys for Plaintiff

POTTER ANDERSON & CORROON LLP

/s/ Gregory A . Inskip
Gregory A. Inskip
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6016
Attorneys for Defendant

SO ORDERED this _____ day of March, 2006.

_____
United States District Judge

1363843/1