# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

**Patricia R. Uhlenbrock**
(302) 888-6897
puhlenbrock@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 17, 2006

BY E-FILING

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re:  Institute for Disabilities Research and Training, Inc. v. Wal-Mart Stores, Inc.,
     C.A. No. 05-176-GMS

Dear Judge Sleet:

The parties had filed a stipulation to extend the time by which the pretrial order had to be filed until March 20, which Your Honor entered on March 13, 2006. The parties have been working diligently on the pretrial order but have encountered some difficulties in circulating drafts in sufficient form to be ready by March 20. Mr. Greenberg, a solo practitioner who represents Plaintiff, is experiencing staffing difficulties. Delaware counsel for Plaintiff is working with Mr. Greenberg to complete Plaintiff's draft, but will be traveling from March 22 – March 25. Mr. Inskip will be traveling for a week, as of March 18. To accommodate these circumstances, the parties have agreed to extend the due date for the pretrial order until March 27, pending the Court's approval, to give them adequate time to review each other's form of order and agreed upon the final form of order to be submitted to the Court.

Enclosed is a copy of a stipulation and proposed order that the parties filed today seeking to extend the time in which they have to file their proposed pre-trial order until March 27, 2006. The parties trust that this date as extended still remains sufficiently in advance of the April 3, 2006 pretrial conference. We therefore respectfully request that

**MORRIS, JAMES, HITCHENS & WILLIAMS LLP**

March 17, 2006
Page 2

Your Honor enter the enclosed Stipulation and Order. Counsel, of course, are available to answer any questions Your Honor may have.

Sincerely,

Patricia R. Uhlenbrock (#4011)

cc: Clerk of the Court (by e-filing)
Gregory A. Inskip, Esquire (by e-filing)
Harvey Greenberg, Esquire (by e-mail)

1363845/2