# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Patricia R. Uhlenbrock
(302) 888-6897
puhlenbrock@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

April 3, 2006

BY E-FILING

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

Re: *Institute for Disabilities Research and Training, Inc. v. Wal-Mart Stores, Inc.*,
C.A. No. 05-176-GMS

Dear Judge Sleet:

As discussed during the telephonic pretrial conference on March 31, 2006, the parties are submitting the enclosed supplement to Exhibit C to the parties' joint proposed Pretrial Order (the "Supplement"). The Supplement now notes each party's objections to the other party's exhibits.

Counsel are available if Your Honor requires additional information.

Respectfully,

/s/ Patricia A. Uhlenbrock

Patricia R. Uhlenbrock (#4011)

cc: Gregory A. Inskip, Esq. (by e-filing)
Harvey Greenberg, Esq. (by email)
Clerk of the Court (by e-filing)

1370378/1

**EXHIBIT C TO PRETRIAL ORDER - SUPPLEMENT**

## IDRT'S TRIAL EXHIBITS

| TRIAL EXH. NO. | WITNESS | BEGINNING PRODUCTION NO. | DESCRIPTION | OBJECTION OR STIPULATED | ADMITTED Y/N |
|---|---|---|---|---|---|
| PX 1 | | IDRT 1 | 06/14/01 EEOC Press Release | | |
| PX 2 | | IDRT 5 | 11/01/01 Cognitive Arts Consulting Agrmnt for Demonstration Project | | |
| PX 3 | | IDRT 11 | 11/29/01 Wal-Mart memo – *Key Points for Final Contract* | | |
| PX 4 | | IDRT 14 | 12/03/01 Memo – *ASL Translation Process* | | |
| PX 5 | | IDRT 17 | 12/12/01 Wal-Mart memo – *Kick-Off Meeting Agenda* | | |
| PX 6 | | IDRT 22 | 12/21/01 IDRT letter to its atty | | |
| PX 7 | | IDRT 27 | 01/03/02 Wal-Mart ASL Task Schedule/Phase I – first 15 CBLs | | |
| PX 8 | | IDRT 39 | 01/10/02 Letter to Wal-Mart (enclosing Draft 1) | | |
| PX 9 | | IDRT 40 | 01/10/02 Development Agreement – Draft 1 | | |
| PX 10 | | IDRT 57 | 01/11/02 Letter to Wal-Mart (enclosing Draft 1) | | |
| PX 11 | | IDRT 58 | 02/01/02 E-mail from Wal-Mart to IDRT – contract changes | | |
| PX 12 | | IDRT 61 | 02/03/02 E-mail from IDRT to Wal-Mart – contract changes | | |
| PX 13 | | IDRT 62 | 02/15/02 Fax from Wal-Mart to IDRT atty and attached Master ASL Timeline | | |
| PX 14 | | IDRT 66 | 02/18/02 Letter from IDRT atty to Wal-Mart (enclosing Draft 2) | | |
| PX 15 | | IDRT 68 | 02/18/02 Development Agreement – Draft 2 | | |
| PX 16 | | IDRT 87 | 02/19/02 E-mail from Cognitive Arts to Wal-Mart | | |
| PX 17 | | IDRT 88 | 03/19/02 Development Agreement – Draft 2 with Wal-Mart changes (black ink) and IDRT proposed changes (in red ink); and Fax | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  | cover sheet from Wal-Mart to IDRT atty |  |  |
| PX 18 |  | IDRT 109 | 03/21/02 Letter from IDRT atty to Wal-Mart; and facsimile transmission report (enclosing Draft 3 redlined ("marked-up") version) |  |  |
| PX 19 |  | IDRT 113 | 03/21/02 Development Agreement – Draft 3 redlined ("marked-up") version |  |  |
| PX 20 |  | IDRT 129 | 03/25/02 Letter from IDRT atty to Wal-Mart (enclosing Final Development Agreement) |  |  |
| PX 21 |  | IDRT 130 | 03/25/02 Development Agreement – final version |  |  |
| PX 22 |  | IDRT 140 | 04/26/02 E-mail from Wal-Mart to IDRT – 30 days notice canceling Phase II |  |  |
| PX 23 |  | IDRT 150 | 07/23/02 E-mail from Wal-Mart to IDRT and Cognitive Arts re update-module development |  |  |
| PX 24 |  | IDRT 151 | 08/05/02 E-mail from Wal-Mart to IDRT re site visit |  |  |
| PX 25 |  | IDRT 152 | 07/16/02 E-Mail from IDRT to Wal-Mart re module development |  |  |
| PX 26 |  | IDRT 153 | 08/09/02 E-mail from IDRT to Wal-Mart re site visit |  |  |
| PX 27 |  | IDRT 154 | 01/23/03 Letter from IDRT atty to Wal-Mart (enclosing Final Invoice) |  |  |
| PX 28 |  | IDRT 155 | 01/23/03 IDRT Final Invoice |  |  |
| PX 29 |  | IDRT 171 | 01/29/03 Fax from Wal-Mart to IDRT atty and attachments re 3 modules |  |  |
| PX 30 |  | IDRT 174 | 02/19/03 Certified letter from IDRT atty to Wal-Mart re three modules and attachments (enclosing Revised Final Invoice) |  |  |
| PX 31 |  | IDRT 188 | 02/19/03 Revised Final Invoice |  |  |
| PX 32 |  | IDRT 205 | 05/22/03 Certified letter from IDRT atty to Wal-Mart re Revised Final Invoice and Interest |  |  |

| | | | | | |
|---|---|---|---|---|---|
| PX 33 | | IDRT 206 | 01/17/02-12/01/02 25 Interim Invoices | | |
| PX 34 | | IDRT 236 | Invoice Tracking Sheet with notes by IDRT atty | | |
| PX 35 | | IDRT 239 | IDRT Spreadsheet 1 with notes by IDRT atty | | |
| PX 36 | | IDRT 242 | IDRT Spreadsheet 2 with notes by IDRT atty | | |
| PX 37 | | IDRT 245 | IDRT Spreadsheet 3 with notes by IDRT atty | | |
| PX 38 | | IDRT 248 | IDRT Spreadsheet 4 with notes by IDRT atty | | |
| PX 39 | | IDRT 250 | Script of Training Modules with IDRT codes | Reserves Objection – has not seen document yet | |
| PX 40 | | IDRT 258 | CD & document files - "Leadership Toolbox"* | Reserves Objection – has not seen document yet | |
| PX 41 | | IDRT 274 | CD & document files - "L2L"* | Reserves Objection – has not seen document yet | |
| PX 42 | | IDRT 296 | CD & document files - "Leadership Lessons"* | Reserves Objection – has not seen document yet | |
| PX 43 | | IDRT 317 | CD & document files - "Firepro 2"* | Reserves Objection – has not seen document yet | |

| | | | | | |
|---|---|---|---|---|---|
| PX 44 | | IDRT 359 | CD & document files - "Firepro 1"* | Reserves Objection – has not seen document yet | |
| PX 45 | | IDRT 396 | Summary Exhibit – Invoice/Payment/Interest Table | Reserves Objection – has not seen document yet | |

\* May be used as demonstrative evidence

## WAL-MART'S TRIAL EXHIBITS

| TRIAL EXH. NO. | WITNESS | PRODUCTION NO. | DESCRIPTION | OBJECTION OR STIPULATED | ADMITTED Y/N |
|---|---|---|---|---|---|
| DX 1 | | | Record of Deliverables (Wal-Mart spreadsheet to monitor progress on modification of CBL modules) | Objection - hearsay | |
| DX 2 | | | IDRT's Index of Documents Produced in Response to Wal-Mart's First Request for Documents | | |
| DX 3 | | IDRT 211 | IDRT Interim Invoice – Letter dated February 23, 2002 | | |
| DX 4 | | IDRT 216 | IDRT Interim Invoice – Letter dated March 29, 2002 | | |
| DX 5 | | IDRT 248-249 | IDRT Spreadsheet 4 with notes by IDRT attorney | | |
| DX 6 | | IDRT 217-218 | IDRT Interim Invoice – Letter dated April 4, 2002 | | |
| DX 7 | | IDRT 220-221 | IDRT Interim Invoice – Letter dated April 12, 2002 | | |
| DX 8 | | IDRT 236-238 | IDRT Invoice Tracking Sheet with notes by IDRT attorney | | |
| DX 9 | | W000003 | Wal-Mart Check Index | Objection – hearsay (contains handwritten notations) | |
| DX 10 | | W000144-145 | Wal-Mart Spreadsheet Reflecting Wal-Mart's Payment of IDRT Invoices | | |

1369907/2