#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATED SCHEDULING ORDER

The parties hereby stipulate and agree, subject to the approval of the Court, that the parties' post-trial submissions shall be made on the following schedule:

| | |
|---|---|
| Proposed Findings of Fact and Conclusions of Law | Wednesday, May 31, 2006 |
| Oral Argument | At the Court's Direction |

| | |
|---|---|
| MORRIS JAMES HITCHENS & WILLIAMS, LLP | POTTER ANDERSON & CORROON LLP |
| By /s/ Patricia R. Uhlenbrock | By /s/ Gregory A. Inskip |
| Patricia R. Uhlenbrock (ID No. 4011) 222 Delaware Avenue, 10th Floor P.O. Box 2306 Wilmington, Delaware 19899-2306 (302) 888-6897 puhlenbrock@morrisjames.com | Robert K. Payson (ID No. 274) Gregory A. Inskip (ID No. 270) Hercules Plaza, 6th Floor 1313 North Market Street P.O. Box 951 Wilmington, Delaware 19899 (302) 984-6000 rpayson@potteranderson.com ginskip@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

Dated: May 3, 2006
730310 / 29009

**SO ORDERED** this _____ day of _____, 2006.

_____
United States District Court Judge