**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Gregory A. Inskip, hereby certify that, on May 31, 2006, Defendant Wal-Mart's Proposed Findings of Fact and Conclusions of Law was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

> Patricia R. Uhlenbrock (#4011)
> Morris James Hitchens & Williams LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

> /s/ Gregory A. Inskip
> Gregory A. Inskip (ID No. 270)
> John E. James (ID No. 996)
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 North Market Street
> Wilmington, Delaware 19899-0951
> (302) 984-6000
> ginskip@potteranderson.com
> jjames@potteranderson.com

pac:708470 / 29009