IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Civil Action No. 05-176 (GMS) |
| WAL-MART STORES, INC., ) ) | |
| Defendant. ) | |

## JUDGMENT

This action came before the Court for a bench trial on April 24, 2006. Pursuant to the issuance of the court's Memorandum and Order dated September 25, 2007, (D.I. 50),

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the plaintiff, Institute for Disabilities Research and Training, Inc., and against the defendant, Wal-Mart, on Institute for Disabilities Research and Training, Inc.'s contract claim.

Dated: September 25, 2007            /s/ Gregory M. Sleet
                                     CHIEF, UNITED STATES DISTRICT JUDGE