THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INSTITUTE FOR DISABILITIES     *
RESEARCH AND TRAINING, INC.
                                                      *
Plaintiff
                                                      *
v.                                          Case No. 05-176-GMS
                                                      *
WAL-MART STORES, INC.
                                                      *
Defendant

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

Judgment having been entered in the above-numbered and entitled action on September 25, 2007, against Wal-Mart Stores, Inc., Defendant, the clerk is requested to tax the following as costs:

## BILL OF COSTS

1. Fees of the clerk ………………………………………………… * $ 275.00
                                      *(see attached bill)
2. Fees of the marshal ……………………………………………… 0.00

3. Fees of the court reporter for all or any part of the transcript
necessarily obtained for use in the case ………………………… $ 399.64

4. Costs for copies of papers produced and introduced as Exhibits
at trial per 28 USC §920(4)[1] ………………………………… * 2,153.80
                                      *(see attached redacted bill for detail)
5. Fees for witnesses (itemized on attachment) ……………….. $ 80.00

6. Fees for exemplification and copies of papers necessarily
obtained for use in case …………………………………….. * 117.00
                                      *(see attached bill)
7. Docket fees under 28 USCS §1923 …………………………… 0.00

---

[1] Compare *Fauber v. KEM Transportation and Equipment Co., Inc.*, 876 F2d 327, Note 2 (3rd Cir. 1989), where issue was taxing as costs "full expense for printing and duplicating photos not introduced at trial". See also *Schering Corp. v. Amgen, Inc.*, 198 FRD 422 (D. Del, 2001, J. Sleet). Prevailing party entitled to $23,196.88 for copying documents requested by opponent in discovery under 28 USC §1920(4), as the objecting party produced no evidence to show to prevailing party's copying costs were "unreasonable or unnecessary".

8. Costs incident to taking of depositions .............................. N/A

9. Costs as shown on Mandate of Court of Appeals .................. N/A

10. Other costs itemized as follows:
    (mileage itemized on attachment) ...................................... 174.66

    TOTAL ............................................................................. $3,120.10

STATE OF _Maryland_ }
                               SS:
COUNTY OF _Baltimore_ }

I, Harvey Greenberg, do hereby swear that the foregoing costs are correct and were necessarily incurred in this action, and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed postage prepaid to:

    Gregory A. Inskip, Esquire
    Potter, Anderson & Corroon LLP
    1313 North Market Street
    PO BOX 951
    Wilmington, DE  19899-0951

    _____
    Harvey Greenberg
    Law Offices of Harvey Greenberg
    29 W. Susquehanna Ave., Suite 700
    Towson, MD  21204
    (410) 823-2277

Subscribed and sworn to before me this 24th day of October, 2007.

_Karen T. Cook_
Karen T. Cook, Notary Public

Notary Public in and for Baltimore County, State of Maryland.

My Commission Expires: 6/13/2011

Costs are hereby taxed in the amount of $_____ this _____ day of _____, 2007, and that amount included in the judgment.

_____
(Signature and Title of Clerk)

MORRIS JAMES LLP

_____
Patricia R. Uhlenbrock (#4011)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6880
puhlenbrock@morrisjames.com
*Attorneys for Plaintiff,*
*Institute for Disabilities Research*
*and Training, Inc.*


OF COUNSEL:

Harvey Greenberg, Esquire
29 W. Susquehanna Avenue – Suite 700
Towson, MD 21204
(410) 823-2277


DATED: October 25, 2007

1626727/1

4