# EXHIBIT A

## **ATTACHMENT**

WITNESS FEES (COMPUTATION, SEE 28 USCS §1821
FOR STATUTORY FEES)

| Name and Residence | Day | Statutory Witness Fee | Mileage | x Rate | = Total Mileage Reimbursement | Subsistence | Total |
|---|---|---|---|---|---|---|---|
| Dr. Corinne Vinopol 11323 Amherst Ave. Wheaton, MD 20902 | 4/23/06 (travel day) | 40.00 | 106.36 (one-way) | .445 | 47.33 | 0 | $ 87.33 |
| | 4/24/06 (trial) | 40.00 | 106.36 (one-way) | .445 | 47.33 | 0 | $ 87.33 |
| **TOTALS:** | | 80.00 | 202.72mi. | | $ 94.66 | 0 | $ 174.66 |

Attendance — Total Cost

Subsistence/Mileage

# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 DELAWARE AVENUE
P.O. BOX 2306
WILMINGTON, DELAWARE 19899-2306
(302) 888-6800
FACSIMILE (302) 571-1750

FEDERAL TAX I.D. 51-0023480

Institute for Disabilities Research Training, Inc.
c/o Harvey Greenberg, Esquire
29 West Susquehanna Avenue, Suite 700
Towson, MD 19355

May 23, 2006
Invoice No. 291788

| Matter Name: | IDRT/Wal-Mart |
| Matter Number: | 110402-0001 |
| Attorney: | Patricia R. Uhlenbrock |

**For Professional Services through April 30, 2006**

| Atty | Service Date | Hours | Rate | Description | Amount |
|------|------|------|------|------|------|
| PRU | 02/01/06 | 0.10 | | ████████ | ██████ |
| PRU | 02/17/06 | 0.10 | | ████████ | ██████ |
| JED | 02/22/06 | 0.20 | | ████████ | ██████ |
| PRU | 02/22/06 | 0.60 | | ████████ | ██████ |
| JED | 02/23/06 | 1.40 | | ████████ | ██████ |
| JED | 02/24/06 | 0.10 | | ████████ | ██████ |

[RECEIVED MAY 25 2006]

| | |
|---|---|
| PRU | 03/01/06 |
| PRU | 03/01/06 |
| PRU | 03/02/06 |
| PRU | 03/03/06 |
| PRU | 03/06/06 |
| PRU | 03/08/06 |
| PRU | 03/10/06 |
| PRU | 03/14/06 |
| PRU | 03/15/06 |
| PRU | 03/16/06 |
| PRU | 03/17/06 |
| PRU | 03/19/06 |
| PRU | 03/20/06 |
| PRU | 03/21/06 |
| PRU | 03/23/06 |
| PRU | 03/27/06 |
| PRU | 03/28/06 |
| PRU | 03/29/06 |
| PRU | 03/30/06 |
| PRU | 03/30/06 |
| PRU | 03/30/06 |

| | | | | | |
|---|---|---|---|---|---|
| PRU | 03/31/06 | 3.50 | | ~~[redacted]~~ | |
| PRU | 04/03/06 | 0.60 | | ~~[redacted]~~ | |
| PRU | 04/03/06 | 0.30 | | ~~[redacted]~~ | |
| PRU | 04/03/06 | 0.30 | | ~~[redacted]~~ | |
| PRU | 04/10/06 | 0.50 | | ~~[redacted]~~ | |
| PRU | 04/10/06 | 0.30 | | ~~[redacted]~~ | |
| PRU | 04/12/06 | 0.20 | | ~~[redacted]~~ | |
| PRU | 04/17/06 | 0.20 | | ~~[redacted]~~ | |
| PRU | 04/18/06 | 0.30 | | ~~[redacted]~~ | |
| PRU | 04/19/06 | ~~[redacted]~~ | | ~~[redacted]~~ | |
| PRU | 04/20/06 | 2.60 | 270.00 | Review trial exhibits' calls to and from G. Inskip, H. Greenberg; prepare exhibits | 702.00 |
| SMP | 04/20/06 | 2.90 | 110.00 | Prepare trial exhibit list and organize trial exhibits; telephone call to court deputy re: courtroom and electronic capabilities; telephone call to H. Greenberg re: court room and trial details | 319.00 |
| MEW | 04/21/06 | 0.50 | 100.00 | Prepare trial binders | 50.00 |
| PRU | 04/21/06 | 1.50 | 270.00 | Call from H. Greenberg; prepare trial exhibits and draft letter to G. Inskip; deliver exhibits | 405.00 |
| SMP | 04/21/06 | 0.80 | 110.00 | Prepare trial exhibit binders | 88.00 |
| PRU | 04/23/06 | 2.50 | | ~~[redacted]~~ | |
| PRU | 04/24/06 | 8.20 | | ~~[redacted]~~ | |
| SMP | 04/24/06 | 0.60 | 110.00 | Prepare boxes of trial exhibits to go to District Court for trial; meet with P. Uhlenbrock re: trial | 66.00 |
| PRU | 04/25/06 | 0.40 | | ~~[redacted]~~ | |
| PRU | 04/27/06 | 0.30 | 270.00 | ~~[redacted]~~ | |

PRU    04/28/06    0.70



| James E. Dimec | Associate |
| Patricia R. Uhlenbrock | Associate |
| Meghan E. Winchell | Paralegal |
| Stacey M. Phillips | Paralegal |

**Total Fees**

For Disbursements through April 30, 2006



Reproduction                                                523.80

**Total Disbursements**

**Total Services and Disbursements this period**

**Previous Balance**

**Payments and Other Credits through 03/06/2006**

**Balance Due**

# MORRIS, NICHOLS, ARSHT & TUNNELL

P.O. BOX 1347  
WILMINGTON, DE 19899-1347

TELEPHONE (302) 658-9200  
FED. I.D. NO. 51-0081771

Institute For Disabilities Research & Train  
C/o Harvey Greenberg  
29 West Susquehanna Avenue  
Suite 700  
Towson, MD 21204

Invoice No. 63857  
Client #08284  
Matter #53436

April 18, 2005

For professional services rendered in connection with an action pending in the United States District Court for the District of Delaware entitled <u>Institute for Disabilities Research v. Wal-Mart</u> C.A. No. 05-176 (GMS) for the month of March, 2005:

<u>Disbursements:</u>

| | |
|---|---:|
| Secretary of State Charges | $ 117.00 |
| Messenger Service | 6.00 |
| Court Costs | 275.00 |

Total Disbursements                     398.00

**TOTAL**

APR 21 2005

JBB