IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| WAL-MART STORES, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF APPEAL**

C. A. No. 05-176 (GMS)

## NOTICE OF APPEAL TO
## THE UNITED STATES COURT OF APPEALS, THIRD CIRCUIT

Notice is hereby given that Defendant, Wal-Mart Stores, Inc., appeals to the United States Court of Appeals for the Third Circuit from the Judgment and Order of the District Court for the District of Delaware entered in this action on September 25, 2007, based upon the Court's post-trial Memorandum Opinion of the same day.

POTTER ANDERSON & CORROON LLP

By  /s/ Gregory A. Inskip
Gregory A. Inskip (ID No. 270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-600
*Attorneys for Appellant/Defendant Below*
Wal-Mart Stores, Inc.

Dated:  October 25, 2007

PAC827684v.1 10/25/2007 02:48 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Gregory A. Inskip, hereby certify that, on October 25, 2007, I caused true and correct copies of the foregoing **NOTICE OF APPEAL** to be electronically filed with the U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and served two (2) true and correct copies by hand upon the following counsel of record for Plaintiff:

Patricia R. Uhlenbrock (#4011)
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

/s/ Gregory A. Inskip
Gregory A. Inskip (ID No. 270)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000