# EXHIBIT 1

Case 1:05-cv-00176-GMS   Document 54-2   Filed 10/25/2007   Page 1 of 3

LAW OFFICES
OF
**HARVEY GREENBERG**



THE SUSQUEHANNA BUILDING
29 WEST SUSQUEHANNA AVE. SUITE 700
BALTIMORE MD 21204
TEL: 410.823.2277  FAX: 410.823.0610

October 10, 2007

Gregory A. Inskip, Esquire
Potter, Anderson & Corroon LLP
1313 North Market Street
PO BOX 951
Wilmington, DE  19899-0951

                Re:   IDRT v. Wal-Mart
                     Case No. 05-176-GMS
                     (U.S. District Ct. for Delaware)

Dear Mr. Inskip:

      In my letter to you of October 3, 2007, I outlined the costs I had considered and calculated. The total of this preliminary review was $971.69. I said that I would prepare a "Bill of Costs" and submit it to the Clerk with a copy to you.

      In preparing the "Bill of Costs", I reviewed the applicable sections in Wright & Miller, *Federal Practice and Procedure*, §§2677 and 2678, the relevant sections in Title 28 and cases that applied them. In so doing, I have concluded that mileage costs included in my October 3, 2007 letter was not correct. That is, I find no authority for witness fees or mileage for attending a scheduling conference and mediation.

# REDACTED

LAW OFFICES OF
HARVEY GREENBERG

Gregory Inskip, Esquire
October 10, 2007
Page 2

---

# REDACTED

Please let me know as soon as possible because if I need to do so, I will file a Motion under Rule FRCP 6(b)(2) and 59(e) to request the Court to amend the judgment to a monetary judgment for enforcement; or alternatively under FRCP 60(b) for Relief of Judgment. I hope that will not be necessary.

Very truly yours,

Harvey Greenberg

HG/ktc
Enclosure

c:   Patricia Uhlenbrock, Esquire
     Dr. Corinne K. Vinopol