THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC.<br><br>    Plaintiff<br>v.<br><br>WAL-MART STORES, INC.<br><br>    Defendant | *<br>*<br>*<br>*     Case No. 05-176-GMS<br>*<br>*<br>* |

\* * * * * * * * * * *

## AFFIDAVIT

I, Harvey Greenberg, under the penalties of perjury, being competent to testify, hereby affirm that the assertions of facts stated in paragraphs 3-7 in the Motion for Enlargement of Time in the above-captioned case, are true and correct.

_____
Harvey Greenberg
Law Offices of Harvey Greenberg
29 W. Susquehanna Ave., Suite 700
Towson, MD 21204
(410) 823-2277