IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. 05-176-GMS |
| WAL-MART STORES, INC. | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED JUDGMENT

The Court having considered the Plaintiff's Motion to Amend or Alter Judgment and alternatively, the Plaintiff's Motion for Relief from Judgment and the Plaintiff's Motion for Extension of Time under Federal Rule of Civil Procedures 6, and the Court having considered the response from the Defendants, the Court finding good cause to extend the time for filing a Motion to Alter or Amend Judgment and finding good cause to Amend or Alter the Judgment of the Court of September 25, 2007 in the above-captioned case and finding good cause to provide relief from the said Judgment, the Court amends the Court's Judgment of September 25, 2007 as follows:

IT IS HEREBY ORDERED AND ADJUDGED that an amount of $198,509.26 in damages and contract interest as of September 25, 2007; and $3,120.10 in costs, be and is hereby entered in favor of the Plaintiff, Institute for Disabilities Research and Training, Inc. and against the Defendant, Wal-Mart, on Institute's for Disabilities Research and Training, Inc., contract claim, plus post-judgment interest at the contract rate of 8% per annum.

Dated: _____    _____
                                    UNITED STATES DISTRICT JUDGE

1627060/1