IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., ) ) ) Plaintiff, ) ) v. ) ) WAL-MART STORES, INC., ) ) Defendant. ) | Case No. 05-176-GMS |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTIONS
TO ALTER OR AMEND JUDGMENT AND FOR ENLARGEMENT OF TIME**

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") opposes Plaintiff's Motion to Alter or Amend Judgment, filed October 25, 2007, on the grounds that Wal-Mart filed a notice of appeal the same day and the Court presently lacks jurisdiction to consider the motion. *United States v. Lafko*, 520 F.2d 622, 627 (3d Cir. 1975); 20 MOORE'S FEDERAL PRACTICE § 303.32 (Matthew Bender 3d ed. 2007).

For the same reason, Wal-Mart opposes Plaintiff's Motion for Enlargement of Time filed on October 25, 2007.

POTTER ANDERSON & CORROON LLP

By_____
Gregory A. Inskip (ID No. 270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: November 8, 2007
829507 / 29009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Gregory A. Inskip, hereby certify that on this 8th day of November 2007 a copy of Defendant's Response to Plaintiff's Motions to Alter or Amend Judgment and for Enlargement of time was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

    Patricia Rose Uhlenbrock, Esquire
    Morris James LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801

                                        _____
                                        Gregory A. Inskip (ID No. 270)

pac:829507 / 29009