IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) | |
| Defendant. | ) | |

### DEFENDANT'S OBJECTION TO PLAINTIFF'S BILL OF COSTS

Defendant Wal-Mart Stores, Inc. ("Wal-Mart") objects to Plaintiff's Bill of Costs filed on October 25, 2007 as premature under Local Rule 54.1. Wal-Mart's time for appeal had not expired, and Wal-Mart did file a notice of appeal on October 25, 2007.

POTTER ANDERSON & CORROON LLP

By_____
Gregory A. Inskip (ID No. 270)
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000

*Attorneys for Defendant Wal-Mart Stores, Inc.*

Dated: November 8, 2007
829437 / 29009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Gregory A. Inskip, hereby certify that on this 8th day of November 2007 a copy of Defendant's Objection to Plaintiff's Bill of Costs was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Patricia Rose Uhlenbrock, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

_____
Gregory A. Inskip (ID No. 270)

pac:829437 / 29009