IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 05-176-GMS |

## STIPULATION AND ORDER ON DAMAGES

The principal issue in this case, which was tried to the Court on Monday, April 24, 2006, is whether IDRT is entitled to compensation for "Phase II" of the contract over and above interim invoices paid by Wal-Mart.

The parties hereby stipulate and agree, subject to the approval of the Court, that several smaller amounts, advance payments, credits, and adjustments owed by one or the other party are summed and netted out to result in a credit of $28,292.01 owed by IDRT to Wal-Mart.

This amount shall be set off against any amount found owing by Wal-Mart to IDRT, or if none, this amount shall be awarded to Wal-Mart on its counterclaim.

MORRIS JAMES HITCHENS & WILLIAMS, LLP

By /s/ Patricia R. Uhlenbrock
 Patricia R. Uhlenbrock (ID No. 4011)
 222 Delaware Avenue, 10th Floor
 P.O. Box 2306
 Wilmington, Delaware 19899-2306
 (302) 888-6897
 puhlenbrock@morrisjames.com

*Attorneys for Plaintiff*

POTTER ANDERSON & CORROON LLP

By   /s/ Gregory A. Inskip
 Robert K. Payson (ID No. 274)
 Gregory A. Inskip (ID No. 270)
 Hercules Plaza, 6th Floor
 1313 North Market Street
 P.O. Box 951
 Wilmington, Delaware 19899
 (302) 984-6000
 rpayson@potteranderson.com
 ginskip@potteranderson.com

*Attorneys for Defendant*

Dated: May 23, 2006
733110 / 29009

**SO ORDERED** this _____ day of _____, 2006.

_____
United States District Court Judge