## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 05-176-GMS |
| WAL-MART STORES, INC., | ) ) ) | |
| Defendant. | ) | |

### STIPULATION AND ORDER AMENDING JUDGMENT

The parties hereby stipulated and agree, by their undersigned counsel and subject to the approval of the Court, that the September 25, 2007 Judgment is amended to reflect a damage award (including prejudgment interest) in favor of plaintiff and against defendant in the amount of $198,506.12.

Post-judgment interest shall run from September 25, 2007 at the rate specified at 28 U.S.C. § 1961.

MORRIS JAMES LLP                                    POTTER ANDERSON & CORROON LLP

By:    */s/ Patricia R. Uhlenbrock*            By    */s/ Gregory A. Inskip*
     Patricia R. Uhlenbrock (ID No. 4011)     Robert K. Payson (ID No. 274)
     500 Delaware Avenue, Suite 1500     Gregory A. Inskip (ID No. 270)
     P.O. Box 2306     Hercules Plaza, 6th Floor
     Wilmington, Delaware  19899-2306     1313 North Market Street
     (302) 888-6897     P.O. Box 951
     puhlenbrock@morrisjames.com     Wilmington, Delaware  19899
     *Attorneys for Plaintiff*     (302) 984-6000
     rpayson@potteranderson.com
     ginskip@potteranderson.com
     *Attorneys for Defendant*

Dated:  June 5, 2008

**SO ORDERED** this _____ day of _____, 2008.


_____

United States District Court Judge


1816696/1