IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC., ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Civil Action No. 05-176 (GMS) |
| WAL-MART STORES, INC., ) ) | |
| Defendant. ) | |

**AMENDED JUDGMENT**

This action came before the Court for a bench trial on April 24, 2006. Pursuant to the issuance of the court's Memorandum and Order dated September 25, 2007, (D.I. 50), and the Stipulation between the parties on June 5, 2008, (D.I. 64),

IT IS HEREBY ORDERED AND ADJUDGED that the judgment entered by the Court on September 25, 2007 is hereby amended in favor of the plaintiff, Institute for Disabilities Research and Training, Inc., and against the defendant, Wal-Mart, on Institute for Disabilities Research and Training, Inc.'s contract claim.

The damages award is to include prejudgment interest in favor of plaintiff and against defendant in the amount of ONE HUNDRED NINETY-EIGHT THOUSAND FIVE HUNDRED SIX DOLLARS AND TWELVE CENTS ($198,506.12).

      Post-judgment interest shall run from September 25, 2007 at the rate specified at 28 U.S.C. Sec 1961.


Dated:  June 6, 2008         /s/ Gregory M. Sleet
                                 CHIEF, UNITED STATES DISTRICT JUDGE