IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INSTITUTE FOR DISABILITIES RESEARCH AND TRAINING, INC. | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. 05-176-GMS |
| | * | |
| WAL-MART STORES, INC. | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \*

## SATISFACTION OF JUDGMENT

WHEREAS, an amended judgment was entered in the above action on the 6th day of June, 2008 (D.I. 65), in favor of Institute for Disabilities Research and Training, Inc., and against Wal-Mart Stores, Inc., in the amount of $198,506.12, including prejudgment interests; and said judgment with post judgment interest and an agreed, stipulated amount of costs ($8,975.70), having been fully paid, and

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshal, and

WHEREAS, the appeal that had been filed in the United States Court of Appeals for the Third Circuit in this matter has been dismissed;

THEREFORE, the case and controversy between these parties has been fully resolved and terminated and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction of said judgment on the docket.

MORRIS JAMES LLP

*/s/ Patricia R. Uhlenbrock*
Patricia R. Uhlenbrock (#4011)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6880
puhlenbrock@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff,*
*Institute for Disabilities Research*
*and Training, Inc.*

OF COUNSEL:

Harvey Greenberg, Esquire
29 W. Susquehanna Avenue, Suite 700
Towson, MD 21204
(410) 823-2277

DATED: August 15, 2008

1879655/1

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2008, I electronically filed the foregoing *Satisfaction of Judgment* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>Gregory A. Inskip, Esquire
>Potter Anderson & Corroon LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951

>*/s/ Patricia R. Uhlenbrock*
>Patricia R. Uhlenbrock (#4011)